

FILED

OCT 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:    530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**SAMANTHA GABEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SAMANTHA GABEL,<br><br>             Defendant. | Case No. CR S 12-CR-00308- DAD<br><br>REQUEST FOR WAIVER OF PRESENCE |

    Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence.

    Defendant further acknowledges that she has been informed of her rights under

1

Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without defendant being present.

Dated:   September 21, 2012

*/s/ Samantha Gabel (signature)*
Defendant, Samantha Gabel

Approved: September 21, 2012

By: ___/s/ Jennifer C. Noble___
JENNIFER C. NOBLE
Attorney for Defendant
SAMANTHA GABEL

Dated:  September 21, 2012

Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: ___/s/ Jennifer C. Noble___
JENNIFER C. NOBLE
Attorney for Defendant
SAMANTHA GABEL

Dated: __October 15__, 2012

I approve the above waiver of presence.

*Dale A. Drozd (signature)*
United States ~~District~~ Judge
Magistrate

---

2

Request for Waiver of Presence                                   Case No. CR S 12-00308 DAD