| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | NICHOLAS M. FOGG |
|   | Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

FILED
NOV 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-0308-DAD |
| Plaintiff, | Order Vacating Status Conference, Setting a Change of Plea, and Excluding Time Under Local Code T4 |
| v. | |
| SAMANTHA N. GABEL; SUSAN J. COOPER; AND TAYARI A. RICO | DATE: December 11, 2012 |
|  | TIME: 10:00 a.m. |
| Defendants. | JUDGE: Dale A. Drozd |

It is hereby ordered that the Status Conference for defendant Samantha N. Gabel, set for November 20, 2012, is VACATED. It is further ordered that a Change of Plea and Sentencing hearing is set for December 11, 2012 at 10 a.m. Time is excluded from today's date through December 11, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 19, 2012

HON. DALE A. DROZD
United States Magistrate Judge